No. 11–5937. SCHIED *v.* WARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–5943. NORINGTON *v.* BUTTS, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 11–5953. MURRAY *v.* DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES ET AL. Ct. App. D. C. Certiorari denied.

No. 11–5958. CLARK *v.* COFFEE. C. A. 11th Cir. Certiorari denied.

No. 11–5960. MEYERS *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 11–5962. JELANI *v.* PROVINCE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–5963. JONES *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 11–5965. JOHNSON *v.* BROWN, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 11–5967. DOLLERY *v.* TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 11–5969. WALLACE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 11–5971. WILLIAMS *v.* VIRGINIA ET AL. Sup. Ct. Va. Certiorari denied.

No. 11–5974. LAW *v.* OCHOA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5983. BELCHER *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

